HACKENSACK WATER COMPANY, PROSECUTOR, v. STATE BOARD OF TAXES AND ASSESSMENT ET AL., DEFENDANTS.

Submitted May term, 1926—Decided October 7, 1926.

On *certiorari*.

Before Justices PARKER, BLACK and CAMPBELL.

For the prosecutor, *Wright, Vander Burgh & McCarthy*.

For the defendants, *Edward L. Katzenbach*, attorney-general, and *William C. Asper*.

PER CURIAM.

This case is controlled by the case of the *Hackensack Water Co. v. State Board of Taxes and Assessment,* 4 *N. J. Mis. R.* 567, decided the present May term of the court. The writ of *certiorari* is dismissed and the taxes affirmed for the reasons stated in the opinion of that case.